**Geraldine J. WILLIAMS, Plaintiff—Appellant,**

v.

**Tommy G. THOMPSON, Secretary, U.S. Department of Health and Human Services, Defendant—Appellee.**

No. 04–1876.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 17, 2004.

Decided Jan. 10, 2005.

William J. Howard, Howard and Marcus, Hyattsville, Maryland, for Appellant. Thomas M. DiBiagio, United States Attorney, Neil R. White, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before NIEMEYER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Geraldine J. Williams appeals the district court's order granting defendant's motion to dismiss. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Williams v. Thompson,* No. CA–03–2084–8–AW (D. Md. June 14, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*